# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jean M. Winston<br>　　　　　　　　　　Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not in its individual capacity, but solely<br>as trustee for RMAC Trust, Series 2015-5T<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Jean M. Winston<br>　　　　　　　　　　Debtor<br><br>Frederick L. Reigle<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-17667 SR<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Chapter 13 Plan of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series 2015-5T, which was filed with the Court on or about **May 15, 2017** (Doc. No. 23).

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

May 22, 2017　　　　　　　　　　　　　　　　  **/s/ Matteo S. Weiner** _
　　　　　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant