United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jean M. Winston  
     Debtor

Case No. 16-17667-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Randi　　　Page 1 of 1　　　Date Rcvd: Jun 30, 2017  
　　　　　　　　　　　　　Form ID: 155　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.  
db　　　　+Jean M. Winston,　4408 Vista Street,　Philadelphia, PA 19136-3709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2017 at the address(es) listed below:  
　　　BRIAN CRAIG NICHOLAS　　on behalf of Creditor　Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series 2015-5T bnicholas@kmllawgroup.com,　bkgroup@kmllawgroup.com  
　　　FREDERICK L. REIGLE　　ecfmail@fredreiglech13.com,　ecf_frpa@trustee13.com  
　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series 2015-5T bkgroup@kmllawgroup.com  
　　　REGINA COHEN　　on behalf of Creditor　Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com  
　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　ZACHARY PERLICK　　on behalf of Debtor Jean M. Winston Perlick@verizon.net,　pireland1@verizon.net  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jean M. Winston
        Debtor(s)

Chapter: 13

Bankruptcy No: 16−17667−sr
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 28, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                   Stephen Raslavich
                                                   Judge ,
                                                   United States Bankruptcy Court

35
Form 155