**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jean M. Winston | |
|            Debtor | CHAPTER 13 |
| | |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series 2015-5T | |
|            Movant | NO. 16-17667 SR |
|     vs. | |
| | |
| Jean M. Winston | |
|            Debtor | 11 U.S.C. Sections 362 and 1301 |
| | |
| Michael L. Winston | |
|            Co-Debtor | |
| | |
| Frederick L. Reigle Esq. | |
|            Trustee | |

## ORDER

AND NOW, this _____ day of _____, 2017, upon failure of Debtor, Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted and the automatic stay of all proceedings as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 4408 Vista Street, Philadelphia, PA 19136  ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.

9/28/17

_____
United States Bankruptcy Judge Stephen Raslavich.

Jean M. Winston
4408 Vista Street
Philadelphia, PA 19136

Michael L. Winston
4408 Vista Street
Philadelphia, PA 19136

Zachary Perlick Esq.
1420 Walnut Street (VIA ECF)
Suite 718
Philadelphia, PA 19102

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532