United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-17667-sr
Jean M. Winston                                                     Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1                Date Rcvd: Sep 28, 2017
                              Form ID: pdf900         Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
```
db             +Jean M. Winston,    4408 Vista Street,    Philadelphia, PA 19136-3709
cr             +Santander Consumer USA Inc.,    P.O. Box 660633,   Dallas, TX 75266-0633
13816932       +Wilmington Savings Fund,    c/o Rushmore Loan Management Services, L,
                 15480 Laguna Canyon Rd., Suite 100,    Irvine, CA 92618-2132
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 29 2017 01:28:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2017 01:28:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2017 01:28:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Sep 29 2017 01:28:21      Ally Financial Inc.,
                 P.O. Box 130424,    Roseville, MN 55113-0004
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:31:07      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13822066*      +Wilmington Savings Fund,    c/o Rushmore Loan Management Services, L,
                 15480 Laguna Canyon Rd., Suite 100,    Irvine, CA 92618-2132
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
               2015-5T bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
               2015-5T bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
               2015-5T bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Jean M. Winston Perlick@verizon.net,   pireland1@verizon.net
                                                                                              TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jean M. Winston<br>    Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not in its individual capacity, but solely<br>as trustee for RMAC Trust, Series 2015-5T<br>    Movant | NO. 16-17667 SR |
| vs. | |
| Jean M. Winston<br>    Debtor<br><br>Michael L. Winston<br>    Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.<br>    Trustee | |

## ORDER

  AND NOW, this _____ day of _____, 2017, upon failure of Debtor, Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

  ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted and the automatic stay of all proceedings as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 4408 Vista Street, Philadelphia, PA 19136 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.

*/s/ Stephen Raslavich*

9/28/17

United States Bankruptcy Judge Stephen Raslavich.

Jean M. Winston
4408 Vista Street
Philadelphia, PA 19136

Michael L. Winston
4408 Vista Street
Philadelphia, PA 19136

Zachary Perlick Esq.
1420 Walnut Street (VIA ECF)
Suite 718
Philadelphia, PA 19102

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532