## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 16-17667(JKF) |
| JEAN M. WINSTON | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | DECEMBER 6, 2017 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

### CERTIFICATE OF SERVICE

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay and Co-Debtor Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §1301(c) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on November 9, 2017, upon the following individuals:

LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED: November 9, 2017     By: /s/ Regina Cohen
                                Regina Cohen, Esquire
                                Attorneys for Ally Financial Inc.

## **SERVICE LIST**

Zachary Perlick, Esquire
1420 Walnut Street
Suite 718
Philadelphia, PA 19102
(Via ECF Only)


Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U. S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)


Jean M. Winston
4408 Vista Street
Philadelphia, PA 19136


Michael L. Winston
4408 Vista Street
Philadelphia, PA 19136