IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| JEAN M. WINSTON | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| SANTANDER CONSUMER USA, INC. | ) | Case No.: 16-17667 (JKF) |
| **Moving Party** | ) | |
| v. | ) | **Hearing Date:  10-18-17 at 9:30 AM** |
| | ) | |
| JEAN M. WINSTON | ) | 11 U.S.C. 362 |
| MICHAEL L WINSTON | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| FREDERICK L. REIGLE | ) | |
| **Trustee** | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the MOTION FOR STAY RELIEF AND CO-DEBTOR RELIEF, and filed on or about December 1, 2017 in the above matter is APPROVED.

Dated:  December 5, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE