United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17667-jkf
Jean M. Winston                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1              Date Rcvd: Dec 06, 2017
                             Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db          +Jean M. Winston,    4408 Vista Street,    Philadelphia, PA 19136-3709
cr          +Santander Consumer USA Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13816931    +Santander Bank, N.A.,    824 North Market Street,    Suite 100,   Wilmington, DE 19801-4937
13986572    +Santander Consumer USA Inc.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
              110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
13828793    +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:43     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2017 01:35:15
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2017 01:35:42     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ally@ebn.phinsolutions.com Dec 07 2017 01:35:02     Ally Financial Inc.,
              P.O. Box 130424,    Roseville, MN 55113-0004
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 01:37:29     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13822065*   +Santander Bank, N.A.,    824 North Market Street,    Suite 100,   Wilmington, DE 19801-4937
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
           2015-5T bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
           2015-5T bkgroup@kmllawgroup.com
          POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
           2015-5T bkgroup@kmllawgroup.com
          REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          ZACHARY  PERLICK    on behalf of Debtor Jean M. Winston Perlick@verizon.net,    pireland1@verizon.net
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| JEAN M. WINSTON ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA, INC. ) | Case No.: 16-17667 (JKF) |
| **Moving Party** ) | |
| v. ) | **Hearing Date:  10-18-17 at 9:30 AM** |
| ) | |
| JEAN M. WINSTON ) | 11 U.S.C. 362 |
|   MICHAEL L WINSTON ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

   IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the MOTION FOR STAY RELIEF AND CO-DEBTOR RELIEF, and filed on or about December 1, 2017 in the above matter is APPROVED.

Dated: December 5, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE