IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JEAN WINSTON          :    CHAPTER 13
                                 :
                                 :
           DEBTOR                :    Bankruptcy No. 16-17667JKF

<u>ORDER</u>

AND NOW, this         day of           , 2017, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation and Motion to Abate Payments, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

_____
**Date: March 1, 2018**           THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

JEAN WINSTON
4408 Vista Street
Philadelphia, PA 19136