United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-17667-jkf
Jean M. Winston                                                             Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer          Page 1 of 2          Date Rcvd: Mar 01, 2018
                             Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db            +Jean M. Winston,    4408 Vista Street,    Philadelphia, PA 19136-3709
cr            +Santander Consumer USA Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13836795      +Ally Financial Inc.,    c/o REGINA COHEN,    190 North Independence Mall West,
               6th & Race Streets, Suite 500,    Philadelphia, PA 19106-1554
13830948      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F0
13916520      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13842567      +Rushmore Loan Management Services,    Wilmington Savings dba Christiana Trust,
               c/o BRIAN CRAIG NICHOLAS,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
13816931      +Santander Bank, N.A.,    824 North Market Street,    Suite 100,    Wilmington, DE 19801-4937
13986572      +Santander Consumer USA Inc.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
               110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
13828793      +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13816932      +Wilmington Savings Fund,    c/o Rushmore Loan Management Services, L,
               15480 Laguna Canyon Rd., Suite 100,    Irvine, CA 92618-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 02 2018 02:32:26    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2018 02:31:54
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2018 02:32:19    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: ally@ebn.phinsolutions.com Mar 02 2018 02:31:34    Ally Financial Inc.,
               P.O. Box 130424,    Roseville, MN 55113-0004
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2018 02:38:45    Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13826011       E-mail/Text: ally@ebn.phinsolutions.com Mar 02 2018 02:31:34    Ally Bank,    PO Box 130424,
               Roseville MN 55113-0004
13816930       E-mail/Text: ally@ebn.phinsolutions.com Mar 02 2018 02:31:34    Ally Financial,    POB 130424,
               Saint Paul, MN 55113-0004
13905812      +E-mail/Text: bankruptcy@phila.gov Mar 02 2018 02:32:26
               CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13821358       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2018 02:38:48
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13830167       E-mail/Text: bkr@cardworks.com Mar 02 2018 02:31:34    MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13872902      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 02:38:46
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13909540      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 02 2018 02:32:15    Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                       TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13822064*      Ally Financial,    POB 130424,    Saint Paul, MN 55113-0004
13822065*     +Santander Bank, N.A.,    824 North Market Street,    Suite 100,    Wilmington, DE 19801-4937
13822066*     +Wilmington Savings Fund,    c/o Rushmore Loan Management Services, L,
               15480 Laguna Canyon Rd., Suite 100,    Irvine, CA 92618-2132
                                                                          TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0313-2          User: Jennifer          Page 2 of 2          Date Rcvd: Mar 01, 2018
                             Form ID: pdf900          Total Noticed: 22

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
              Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
              2015-5T bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
              Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
              2015-5T bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
              Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
              2015-5T bkgroup@kmllawgroup.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
              ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
              ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Jean M. Winston Perlick@verizon.net,  pireland1@verizon.net
                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JEAN WINSTON          :     CHAPTER 13
                                 :
                                 :
           DEBTOR                :     Bankruptcy No. 16-17667JKF

                        ORDER

     AND NOW, this        day of           , 2017, upon

consideration of the Debtor's Motion to Amend Plan Post-

Confirmation and Motion to Abate Payments, it is hereby ORDERED

that said motion is GRANTED, and Debtor's amended plan is hereby

confirmed.


                              BY THE COURT:



                              _____
**Date: March 1, 2018**        THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

JEAN WINSTON
4408 Vista Street
Philadelphia, PA 19136