IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| JEAN M. WINSTON ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA, INC. ) | Case No.: 16-17667 (JKF) |
| **Moving Party** ) | |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| JEAN M. WINSTON ) | |
| MICHAEL L WINSTON ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2012 Dodge Charger** bearing vehicle identification number 2C3CDXBG7CH112089 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.
Bankruptcy Rule 4001(a)(3) does not apply to this proceeding.

Dated: March 27, 2018

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon