United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17667-jkf
Jean M. Winston                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: Mar 27, 2018
                              Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.
```
db           +Jean M. Winston,   4408 Vista Street,   Philadelphia, PA 19136-3709
cr           +Santander Consumer USA Inc.,    P.O. Box 660633,   Dallas, TX 75266-0633
13816931     +Santander Bank, N.A.,   824 North Market Street,   Suite 100,   Wilmington, DE 19801-4937
13986572     +Santander Consumer USA Inc.,    c/o WILLIAM EDWARD CRAIG,   Morton & Craig,
               110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3125
13828793     +Santander Consumer USA, Inc.,    P.O. Box 961245,   Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Mar 28 2018 01:40:13      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2018 01:39:57
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2018 01:40:11      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2018 01:39:52      Ally Financial Inc.,
               P.O. Box 130424,   Roseville, MN 55113-0004
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2018 01:42:20      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13822065*    +Santander Bank, N.A.,   824 North Market Street,   Suite 100,   Wilmington, DE 19801-4937
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
               2015-5T bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
               2015-5T bkgroup@kmllawgroup.com
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
               2015-5T bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Jean M. Winston Perlick@verizon.net,   pireland1@verizon.net
                                                                                                TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| JEAN M. WINSTON ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA, INC. ) | Case No.: 16-17667 (JKF) |
| **Moving Party** ) | |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| JEAN M. WINSTON ) | |
|   MICHAEL L WINSTON ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated ~~pursuant to Fed. R. Bankr. P., Rule 4001(a)(3)~~ to permit the movant to pursue the movant's rights in the personal property described as a **2012 Dodge Charger** bearing vehicle identification number 2C3CDXBG7CH112089 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.
Bankruptcy Rule 4001(a)(3) does not apply to this proceeding.

Dated: March 27, 2018

_(signature: Jean K. FitzSimon)_

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon