United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17667-jkf
Jean M. Winston                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 2            Date Rcvd: Dec 12, 2018
                               Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
```
db          +Jean M. Winston,   4408 Vista Street,   Philadelphia, PA 19136-3709
cr          +Santander Consumer USA Inc.,   P.O. Box 660633,   Dallas, TX 75266-0633
13836795    +Ally Financial Inc.,   c/o REGINA COHEN,   190 North Independence Mall West,
              6th & Race Streets, Suite 500,   Philadelphia, PA 19106-1554
13830948    +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F0
13916520    +Rushmore Loan Management Services,   P.O. Box 55004,   Irvine, CA 92619-5004
13842567    +Rushmore Loan Management Services,   Wilmington Savings dba Christiana Trust,
              c/o BRIAN CRAIG NICHOLAS,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
13816931    +Santander Bank, N.A.,   824 North Market Street,   Suite 100,   Wilmington, DE 19801-4937
13986572    +Santander Consumer USA Inc.,   c/o WILLIAM EDWARD CRAIG,   Morton & Craig,
              110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3125
13828793    +Santander Consumer USA, Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
13816932    +Wilmington Savings Fund,   c/o Rushmore Loan Management Services, L,
              15480 Laguna Canyon Rd., Suite 100,   Irvine, CA 92618-2132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:46    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 03:01:14
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2018 03:01:37     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: ally@ebn.phinsolutions.com Dec 13 2018 03:00:54    Ally Financial Inc.,
              P.O. Box 130424,   Roseville, MN 55113-0004
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 03:06:36    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13826011     E-mail/Text: ally@ebn.phinsolutions.com Dec 13 2018 03:00:54    Ally Bank,   PO Box 130424,
              Roseville MN 55113-0004
13816930     E-mail/Text: ally@ebn.phinsolutions.com Dec 13 2018 03:00:54    Ally Financial,   POB 130424,
              Saint Paul, MN 55113-0004
13905812    +E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:46
              CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,   BANKRUPTCY GROUP - MSB,
              1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13821358     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2018 03:06:40
              LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13830167     E-mail/Text: bkr@cardworks.com Dec 13 2018 03:00:51    MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13872902    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2018 03:28:23
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13909540    +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 13 2018 03:01:32    Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13822064*     Ally Financial,   POB 130424,   Saint Paul, MN 55113-0004
13822065*    +Santander Bank, N.A.,   824 North Market Street,   Suite 100,   Wilmington, DE 19801-4937
13822066*    +Wilmington Savings Fund,   c/o Rushmore Loan Management Services, L,
              15480 Laguna Canyon Rd., Suite 100,   Irvine, CA 92618-2132
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Dec 12, 2018
                              Form ID: pdf900            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
           2015-5T bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
           2015-5T bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not in its individual capacity, but solely as trustee for RMAC Trust, Series
           2015-5T bkgroup@kmllawgroup.com
          REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          ZACHARY  PERLICK    on behalf of Debtor Jean M. Winston Perlick@verizon.net, pireland1@verizon.net
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

JEAN M. WINSTON

                                         : Bankruptcy No. 16-17667JKF
      Debtor(s)                   : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_Jean K. FitzSimon_
_____
Jean K. FitzSimon, B. J.

**Date: December 12, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA PA 19102-

JEAN M. WINSTON
4408 VISTA STREET
PHILADELPHIA,PA.19136